IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE, TENNESSEE

In Re:

PRAYOSHA 1, INC

Docket No.
2:14-bk-51827

Debtor

## NOTICE OF HEARING

Notice is hereby given that:

A hearing will be held February 17, 2015 at 9:00 a.m., in the Bankruptcy Court Room, James H. Quillen U.S. Courthouse, 220 West Depot Street, Suite 218, Greenville, TN 37743, on the following:

### MOTION TO APPROVE SALE OF ASSETS FREE AND CLEAR OF LIENS OR OTHER INTERESTS UNDER 11 U.S.C. §363

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the pleading and may enter an order granting this relief.**

### MOTION TO APPROVE SALE OF ASSETS FREE AND CLEAR OF LIENS OR OTHER INTERESTS UNDER 11 U.S.C. §363

Comes now the Debtor, Prayosha 1, Inc., by and through counsel and pursuant to 11 U.S.C.§363 and Fed. R.Bankr.P. 6004(c), moves the Court to approve the sale of the Super 8 Motel located at 417 Historic Nature Trail, Gatlinburg TN 37738 along with a house that is located on the same property, free and clear of liens. For cause, the Debtor would show the Court as follows:

1. The Debtor filed a voluntary Chapter 11 Petition in bankruptcy on November 5, 2014. It is currently operating as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

2. The Debtor owns and operates a motel at 417 Historic Nature Trail, Gatlinburg TN 37738 known as the Super 8 Hotel.

3. The Debtor is indebted to Tennessee State Bank ("TSB") in the approximate amount of $3,097,115.18. This debt is composed of four notes which are cross-collateralized and cross-defaulted, with the debt of a second entity, Sachidanand Investments, Inc. Note #1 is in the current approximate principal amount $3,079,162.75 (Claim #1), and was originally incurred by the Debtor for the purchase of the Super 8 Motel located in Gatlinburg, Tennessee owned by the Debtor. Note #2 is in the current approximate principal amount of $3,400.00 (Claim #2) originally incurred by the Debtor to support the issuance of a Letter of Credit in favor of the Sevier County Utility District. Note #3 is in the current approximate principal amount of $4,556.00 (Claim #3) originally incurred by the Debtor to support the issuance of a Letter of Credit in favor of the City of Gatlinburg Water Department. Note #4 is in the current approximate principal amount of $10,000.00 (Claim #4) originally incurred by the Debtor to support the issuance of a Letter of Credit in favor of the Sevier County Electric System  Sachidanand Investments, Inc. All four notes are secured by Deeds of Trust in favor of TSB on Debtor's motel property in Gatlinburg, Tennessee and Sachidanand Investments, Inc.'s hotel located White Pine, TN. The debt is also secured by the personal property owned by Debtor and Sachidanand Investments, Inc. The Deed of Trust in favor of TSB contains a provision granting it a lien on the income, rents, leases and profits of the two motels. TSB asserts that it therefore has an interest in the cash collateral of Debtor.

4. Sachidanand Investments, Inc. also filed a Chapter 11 Bankruptcy Petition in this Court on November 5, 2014 (Case No. 2:14-bk-51825). Sachidanand Investments, Inc. is represented by Barry W. Eubanks, Eubanks Law Firm, PC.

5. The Debtor and Sachidanand Investments, Inc. have common shareholders, Ishver Patel and Anup Patel.

6. Ishver and Arti Patel have also filed a Chapter 11 Bankruptcy Petition in this Court

on November 5, 2014. Ishver and Arti Patel are represented by Brenda Brooks of Moore & Brooks, in Knoxville, TN.

7. The Debtor is indebted to the Department of the Treasury-Internal Revenue Service for 941 Taxes in the amount of $26,253.88 ($26,053.88 listed as unsecured priority and $200.00 listed as unsecured). The IRS has filed Claim # 8.

8. The Tennessee Department of Revenue has filed a tax lien against Debtor, but Debtor believes that this debt has been satisfied, although the lien has not been released. The Tennessee Department of Revenue has filed Claim #12 in the amount of $21,571.89 and Claim #13 in the amount of $9,820.00 however these claims are not secured.

9. The Tennessee Department Labor & Workforce Development has filed a lien against Prayosha, Inc a name formerly used by the Debtor and may have an interest in cash collateral.

10. Debtor owes City and County Real Property taxes in the approximate amount of $30,010.41, which are a lien on the Property.

11. Debtor has entered into a Settlement Agreement with Tennessee State Bank in which TSB allows the Debtor to use cash collateral under the terms of the Settlement Agreement, but only until February 28, 2015. The Debtor's right to use cash collateral terminates at 11:59 p.m. on February 28, 2015, unless the Debtor has presented to TSB an offer to purchase (1) the property located at 3670 Roy Messer Hwy, White Pine, TN owned by Sachidanand Investments, Inc., (2) property located at 417 Historic Nature Trail, Gatlinburg TN 37738, owned by the Debtor, and (3) the property owned by Ishver and Arti Patel, on Erin Lane in Greene County, Tennessee, at a price and upon such terms as are acceptable to the Bank. If Debtor does present an offer acceptable to TSB, the Debtor may continue to use cash collateral until the closing of the sale. Without the right to use cash collateral, the Debtor will be forced to cease operations and close the motel, and TSB will be granted stay relief in order to foreclose on the properties.

12. The Debtor has received from 321 Properties, LLC an offer to purchase (1) the property located at 3670 Roy Messer Hwy, White Pine, TN owned by Sachidanand Investments, Inc.,, (2) the property located at 417 Historic Nature Trail, Gatlinburg TN 37738, owned by the Debtor, and (3) the property owned by Ishver and Arti Patel, on Erin Lane in Greene County, Tennessee for a total purchase price of $2,900,000.00. A copy of the Real Estate Purchase Agreement signed by 321 Properties, LLC, the Debtor, Sachidanand Investments, Inc., and Ishver T. Patel and Arti I. Patel is attached as an Exhibit hereto.

13. Tennessee State Bank has approved this contract, provided the sale and purchase is consummated no later than March 31, 2015.

14. At closing the net proceeds of the sale will be used to pay the real property taxes owed by Debtor, Sachidanand Investments, Inc., and Ishver and Arti Patel on the real property being conveyed which are first liens on the properties superior to TSB and the quarterly U.S. Trustee fees. The balance of the net proceeds will be paid to TSB. There will be no proceeds remaining to pay other creditors.

15. At Closing, the cash collateral retained by Debtor will be turned over to TSB in accordance with the terms of the Settlement Agreement.

16. Debtor would further show the Court that it has tried to sell the properties listed in Paragraph 10 and 11 above for several years, but has not been able to find a buyer. Debtor believes the offer presented by 321 Properties, LLC is a reasonable offer and should be approved by the court.

WHEREFORE, the Debtor requests that the Court grant this motion to allow the sale of the properties to 321 Properties, LLC pursuant to 11 U.S.C. §363 free and clear of liens and other interests.

/s/ C. Dan Scott
C. Dan Scott, Esq., BPR #010295
Scott Law Group, PC
P.O. Box 547
Seymour, TN 37865
(865) 246-1050
Attorney for the Debtor in Possession

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 27th day of January, 2015, a copy of this <u>Notice of Hearing, Motion To Approve Sale of Assets Free and Clean of Liens Under 11 U.S.C. § 363 and the proposed Order</u> was served upon the all parties on the attached mailing matrix and the following parties by mail and/or by the Court's electronic filing system.

| | |
|---|---|
| Kimberly C. Swafford<br>Assistant U.S. Trustee<br>31 East 11th Street, Fourth Floor<br>Chattanooga, TN 37402 | Tyler C. Huskey, Esq.<br>Gentry, Tipton & McLemore, PC<br>2430 Teaster Lane, Suite 210<br>Pigeon Forge, TN 37868-1260<br>(attorney for Tennessee State Bank) |
| Julie M. Weiswasser, Esq<br>Forman Holt Eliades & Youngman<br>80 Route 4 East, Ste. 290<br>Paramus, NJ 07652<br>(attorneys for Super 8 Worldwide, Inc.) | Tennessee Department of Labor<br>   Workforce Development<br>Tennessee Attorney General's Office<br>Bankruptcy Unit<br>426 5th Avenue 2nd Floor<br>Nashville, TN 37849 |
| Tennessee Department of Revenue<br>Tennessee Attorney General's Office<br>Bankruptcy Unit<br>426 5th Avenue 2nd Floor<br>Nashville, TN 37849 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| William L. Cooper, III, Esq.<br>2008 E. Magnolia Avenue<br>Knoxville, TN 37917 | Kent Anderson<br>U.S. Attorney's Office<br>1110 Market Street<br>Chattanooga, TN 37402 |

/s/ C. Dan Scott
C. Dan Scott, Esq.

```
Label Matrix for local noticing        City of Gatlinburg                      Prayosha 1, Inc
0649-2                                 P.O. Box 5                              417 Historic Nature Trail
Case 2:14-bk-51827                     Attn: Finance Director                  Gatlinburg, TN 37738-3333
Eastern District of Tennessee          Gatlinburg, TN 37738-0005
Greeneville
Tue Jan 27 15:04:10 EST 2015

Super 8 Worldwide, Inc.                Tennessee Department of Labor and Workforce   Tennessee State Bank
c/o Forman Holt Eliades & Youngman LLC c/o TN Attorney General's Office              c/o Tyler C. Huskey, Attorney
80 Route 4 East - Suite 290            Bankruptcy Division                           Gentry, Tipton & McLemore, P.C.
Paramus, NJ 07652-2661                 P.O. Box 20207                                2430 Teaster Lane, Suite 210
                                       Nashville, TN 37202-4015                      Pigeon Forge, TN 37863-5274

2                                      AT&T Mobility II LLC                    Americana Inn-Gatlinburg, LLC
United States Bankruptcy Court         c/o AT&T Services, Inc                  383 W. Galena
James H. Quillen U. S. Courthouse      Karen Cavagnaro, Lead Paralegal         Aurora, IL 60506-4036
220 West Depot Street, Suite 218       One AT&T Way, Room 3A104
Greeneville, TN 37743-1100             Bedminster, NJ 07921-2693

Anup Patel                             BellSouth Telecommunications, Inc.      Carbon's Golden Malted Waffles
417 Historic Nature Trail              c/o AT&T Services, Inc                  P.O. Box 71
Gatlinburg, TN 37738-3333              Karen Cavagnaro, Lead Paralegal         Buchanan, MI 49107-0071
                                       One AT&T Way, Room 3A104
                                       Bedminster, NJ 07921-2693

Central Paper & Supply Co.             Charter Communications                  City of Gatlinburg
101 Lafe Cox Dr.                       P.O. Box 9001925                        Attn:  Finance Director
P.O. Box 1158                          Louisville, KY 40290-1925               P.O. Box 5
Johnson City, TN 37605-1158                                                    Gatlinburg, TN 37738-0005

City of Gatlinburg Utility             Cline Duane CPA                         Ecolab
P.O. Box 5                             Cline & Co Cpa's                        P.O.Box 905327
Gatlinburg, TN 37738-0005              400 W Main St #316                      Charlotte, NC 28290-5327
                                       Morristown, TN 37814-4695

H.D. Supply                            Internal Revenue Service                Ishver T. Patel
P.O. Box 509058                        P.O. Box 7346                           3670 Roy Messer Hwy
San Diego, CA 92150-9058               Philadelphia, PA 19101-7346             White Pine, TN 37890-4008

Krispy Kreme                           Maurice Guinn                           Reinhart Food Service
Messick Doughnuts, Inc.                P.O. Box 1990                           P.O. Box 51150
P.O. Box 388                           Knoxville, TN 37901-1990                Knoxville, TN 37950-1150
Pigeon Forge, TN 37868-0388

Sachidanand Investments                ScentAir Technologies, Inc.             Sevier County Electric System
3670 Roy Messer Hwy                    P.O. Box 906032                         P.O. Box 4870
White Pine, TN 37890-4008              Charlotte, NC 28290-6032                Sevierville, TN 37864-4870

Sevier County Trustee                  Sevier County Utility District          Sevier County Utility District
125 Court Ave., Suite 209W             420 Robert Henderson Road               P.O. Box 4398
Sevierville, TN 37862-3565             Sevierville, TN 37862-1865              Sevierville, TN 37864-4398
```

Super 8 Motel, Inc
22 Sylvan Way
Parsippany, NJ 07054-3801

Super 8 Worldwide, Inc.
c/o Forman Holt Eliades & Youngman LLC
ATTN: Daniel M. Eliades, Esq.
80 Route 4 East, Suite 290
Paramus, NJ 07652-2661

Suzanne Bauknight
Assistant United States Attorney
800 Market Street, Ste. 211
Knoxville, TN 37902-2342

TN Dept. of Labor & Workforce Dev.
Unemployment Insurance
c/o TN Atty General, Bankruptcy Div.
PO Box 20207
Nashville, TN 37202-4015

Tennessee Department of Revenue
500 Deaderick Street
Andrew Jackson Building
Nashville, TN 37242-0001

Tennessee Department of Revenue
Tennessee Attorney General's Office
Bankruptcy Unit
5th Ave. 2nd Floor
Nashville, TN 37243-0001

Tennessee Department of Revenue
c/o Attorney General
P.O. BOX 20207
Nashville TN 37202-4015

Tennessee Dept of Labor & Workforce Dev.
Employer Accts-Report Audit
220 French Landing Drive
Nashville, TN 37243-1002

Tennessee State Bank
Attn: Shelly Spurgeon
PO Box 1260
Pigeon Forge, TN 37868-1260

The Thomas Group
P.O. Box 5558
Sevierville, TN 37864-5558

Tyler C. Huskey
Gentry, Tipton & McLemore, PC
2430 Teaster Lane, Suite 210
Pigeon Forge, TN 37863-5274

United States Trustee
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902-2303

C. Dan Scott
Scott Law Group, PC
P.O. Box 547
Seymour, TN 37865-0547

End of Label Matrix
Mailable recipients    42
Bypassed recipients     0
Total                  42